THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM TURNER, Appellant.

(Argued October 21, 1932; decided November 22, 1932.)

*Alexander I. Rorke* and *John W. Clancy* for appellant.

*Thomas C. T. Crain, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, HUBBS and CROUCH, JJ.: O'BRIEN, J., dissents on the ground that the verdict was against the weight of evidence on the question of insanity.